JS-6

Nicole Dominique Riley
PO Box 681
Redondo Beach, CA 90277

100 Oceangate, 12th floor
Long Beach, CA 09802
Phone: (310) 421-0015

Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| NICOLE DOMINIQUE RILEY,<br><br>Plaintiff,<br><br>vs.<br><br>MABRY MANAGEMENT; GEORGE SCHULER; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO.:   CV 14-5257 PA CW-x<br><br>[PROPOSED] ORDER TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c)<br><br>DATE:   1/14/2014<br>ACTION FILED:   7/7/2014<br>JUDGE:   PERCY ANDERSON<br>DEPT.:   15 |

Considering PLAINTIFF's NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (a) OR (c) filed by NICOLE DOMINIQUE RILEY:

IT IS ORDERED that the request be GRANTED. The civil case against DEFENDANTs MABRY MANAGEMENT CO. INC., GEORGE SCHULER and S.F.I. L.T.D., L.P., is hereby dismissed without prejudice.

DATED: 1/16, 2015        BY: _____
                              Judge Percy Anderson
                              Federal District Court Judge

1

[PROPOSED] ORDER TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c)